United States District Court
Middle District of Florida
Jacksonville Division

**JENNIFER SWEAT,**

 *Plaintiff,*

v.                     No. 3:16-cv-940-J-34PDB

**NBTY, INC.,**

 *Defendant.*

___

## Order Directing Counsel to Supplement Motion for Special Admission

 Before the Court is Walter Bagg's motion to allow Frank Davis and John Norris to specially appear to represent the plaintiff in this case. Doc. 16. The motion does not state whether they are members in good standing of the bar of any District Court of the United States as required by Local Rule 2.02(a). The Court **directs** Mr. Bagg to supplement his motion by **November 3, 2016**, so it complies with the rule.

 **Ordered** in Jacksonville, Florida, on October 24, 2016.

                _____
                PATRICIA D. BARKSDALE
                *United States Magistrate Judge*

c: Counsel of record