United States District Court
Middle District of Florida
Jacksonville Division

JENNIFER SWEAT,

       *Plaintiff,*

v.                                                    NO. 3:16-cv-940-J-34PDB

NBTY, INC.,

       *Defendant.*

---

## Order Granting Special Admission

Walter Bagg, Esquire, has filed an unopposed motion under Local Rule 2.02 asking the Court to allow Frank Davis, Esquire, and John Norris, Esquire, to specially appear to represent the plaintiff in this case, with Mr. Bagg serving as local counsel. Doc. 16 (motion), Doc. 18 (supplement). Based on the information accompanying the request, the Court grants the motion, Doc. 16; permits Messrs. Davis and Norris to specially appear to represent the plaintiff in this case, with Mr. Bagg serving as local counsel; and directs them to expeditiously pay the required fee* and register with the Court's electronic case filing (ECF) system by completing the "ECF Attorney Registration Form."

**Ordered** in Jacksonville, Florida, on October 25, 2016.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

---

*Although the motion states Messrs. Davis and Norris have sent in the required fee, Doc. 16 ¶ 7, as of the date of this order, the Clerk's Office has not received the payment.

c:      Counsel of Record