**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JENNIFER SWEAT, on behalf of
herself and all others similarly
situated,

      Plaintiff,

-vs-              Case No.  3:16-cv-940-J-34PDB

NBTY, INC.,

      Defendant.

_____

**ORDER**

  **THIS CAUSE** is before the Court on Defendant NBTY, Inc.'s Motion to Dismiss Complaint (DE 1) and Incorporated Memorandum of Law (Dkt. No. 12) filed on October 3, 2016, and the Motion and Memorandum for Class Certification and for Leave to Supplement After Discovery (Dkt. No. 15; Motion for Class Certification) filed on October 20, 2016. Plaintiff filed her First Amended Class Action Complaint (Dkt. No. 19) on October 24, 2016, which rendered moot the parties' previous pleadings. See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended

complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and <u>Daubert</u> motions").[1]

In light of the foregoing, it is hereby

**ORDERED**:

Defendant NBTY, Inc.'s Motion to Dismiss Complaint (DE 1) and Incorporated Memorandum of Law (Dkt. No. 12) and the Motion and Memorandum for Class Certification and for Leave to Supplement After Discovery (Dkt. No. 15) are **DENIED AS MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of October, 2016.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja/lc11

Copies to:

Counsel of Record

---

[1] Had it not been rendered moot, the Court notes that Plaintiff's Motion for Class Certification was otherwise due to be stricken for failure to comply with the Local Rules of this Court. See Local Rule 3.01(a), United States District Court, Middle District of Florida (Local Rule(s)). Specifically, Local Rule 3.01(a) provides that a motion shall not exceed twenty-five (25) pages in length. The Motion for Class Certification totaled twenty-nine (29) pages in length, and Plaintiff did not obtain permission to exceed the page limit as provided in Local Rule 3.01(d). As such, Plaintiff is advised that in the event she elects to re-file this Motion she should ensure that it complies with the Court's page limits, as well as any other pertinent Local Rules.